IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 3:24-cv-00160-jdp |
| v. | ) |
| BARRY M. RUMPEL, et al., | ) |
| Defendants. | ) |

**ORDER DIRECTING DEFAULT JUDGMENT AGAINST BARRY M. RUMPEL; MYERS LAW LLC; CITY OF NEILLSVILLE, WISCONSIN; AND LISA L. OPELT**

Before the Court is Plaintiff United States of America's Motion for Default Judgment. Upon due consideration, the Court will GRANT the Motion. Pursuant to the motion, IT IS ORDERED AND ADJUDGED that judgment should be entered as follows:

1. On Count I of the Complaint, in favor of the United States and against defendant Barry M. Rumpel for his outstanding federal income tax liabilities for tax years 2013, 2014, 2015, and 2017 in the amount of $304,999.63 as of February 11, 2025, plus interest and other statutory additions that will continue to accrue from and after February 11, 2025, according to law, less any payments and credits made against the liabilities, until the judgment is paid in full;

2. On Count II of the Complaint, in favor of the United States and against Barry M. Rumpel, Myers Law LLC; City of Neillsville, Wisconsin; and Lisa L. Opelt, as follows:

    a. The federal tax liens arising out of the assessments against Barry M. Rumpel of the taxes in paragraph 1 above are valid and subsisting federal tax liens that attached to all of Barry M. Rumpel's property and rights to

2

property, including the real property located at W833 Culpitt Road in Bangor, Wisconsin 54614 and known as parcel 3-274-3 in the Office of the Register of Deeds for La Crosse County, Wisconsin (the "Subject Property"), as of the dates of the assessments described in paragraph 1, in the amount of the assessments, plus all interest, additions, penalties, and costs accruing thereafter;

b. The federal tax liens described above should be enforced against the Subject Property;

c. Myers Law LLC; City of Neillsville, Wisconsin; and Lisa L. Opelt are not entitled to any proceeds from the sale of the Subject Property, which may be sold free and clear of any claims, liens, or interests they may have had; and

d. The Subject Property should be sold by public or private sale (including by a court-appointed receiver if requested by the United States), free and clear of all claims, liens, or interests, including any rights of redemption;

e. The proceeds from the sale referred to above shall be distributed as follows:

  i. <u>First</u>, to the United States for any costs and expenses it incurs in selling the Subject Property (including any expenses incurred to secure and maintain the Subject Property);

  ii. <u>Second</u>, to La Crosse County, Wisconsin, for any unpaid real property taxes on the Subject Property;

  iii. <u>Third</u>, to the United States for Barry M. Rumpel's unpaid federal income tax liabilities for tax years 2013, 2014, and 2015;

    iv. <u>Fourth</u>, to the State of Wisconsin, Department of Revenue for Barry M. Rumpel's unpaid state income tax liabilities for tax year 2017;

    v. <u>Fifth</u>, to the United States for Barry M. Rumpel's unpaid federal income tax liabilities for tax year 2017;

    vi. <u>Sixth</u>, to James M. Kneifl to pay the judgment against Barry M. Rumpel in *James M. Kneifl v. Barry Rumpel*, Case No. 2016CV000102 (La Crosse County Circuit Court, Wisconsin) which was entered in the judgment and lien docket by the Clerk of Court for La Crosse County Circuit Court, Wisconsin, on February 13, 2020;

    vii. <u>Seventh</u>, to Midland Credit Management, Inc. to pay its judgment against Barry M. Rumpel in *Midland Credit Management, Inc. v. Barry M. Rumpel*, Case No. 2020CV000020 (La Crosse County Circuit Court, Wisconsin) which was entered in the judgment and lien docket by the Clerk of Court for La Crosse County Circuit Court, Wisconsin, on March 11, 2020; and

    viii. <u>Finally</u>, any remainder to Barry M. Rumpel.

IT IS SO ORDERED.

Dated this 26TH day of AUGUST, 2025

                                                        _____
                                                        The Honorable James D. Peterson
                                                        Chief United States District Judge